**FORM 8. Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

COGNEX CORPORATION, COGNEX TECHNOLOGY & INVESTMENT LLC v. MICROSCAN SYSTEMS INC., CODE CORPORATION

No. 14-1707; 14-1681

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☑ As counsel for: Cognex Corporation and Cognex Technology & Investment LLC
Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☑ Cross Appellant
☐ Appellant   ☐ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Jacob K. Baron |
| Law firm: | Holland & Knight LLP |
| Address: | 10 St. James Avenue |
| City, State and ZIP: | Boston, MA 02116 |
| Telephone: | 617.523.2700 |
| Fax #: | 617.523.6850 |
| E-mail address: | jacob.baron@hklaw.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 12-21-2010

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 8/26/2014 | /s/ Jacob K. Baron |
| Date | Signature of pro se or counsel |

cc: All Counsel

**Form 30**

**FORM 30. Certificate of Service**

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on Aug 26, 2014 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
 (by email or CM/ECF)

| | |
|---|---|
| Jacob K. Baron | /s/ Jacob K. Baron |
| Name of Counsel | Signature of Counsel |

Law Firm: Holland & Knight LLP
Address: 10 St. James Ave.
City, State, ZIP: Boston, MA 02116
Telephone Number: 617-523-2700
FAX Number: 617-523-6850
E-mail Address: jacob.baron@hklaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.