**FORM 8. Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Cognex Corporation    v. Microscan Systems Inc.

No. 14-1681, -1707

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for: Microscan Systems, Inc. and The Code Corporation
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☑ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

  Name:              David D. Scannell
  Law firm:          Morrison & Foerster LLP
  Address:           2000 Pennsylvania Avenue NW, Suite 6000
  City, State and ZIP: Washington, DC 20006
  Telephone:         (202) 887-6957
  Fax #:             (202) 887-0763
  E-mail address:    DScannell@mofo.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/28/2013

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

8/26/2014                                /s/ David D. Scannell
   Date                              Signature of pro se or counsel

cc: _____

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on 8/26/2014 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
 (by email or CM/ECF)

| | |
|---|---|
| David D. Scannell | /s/ David D. Scannell |
| Name of Counsel | Signature of Counsel |

Law Firm: Morrison & Foerster LLP
Address: 2000 Pennsylvania Avenue NW, Suite 6000
City, State, ZIP: Washington, DC 20006
Telephone Number: (202) 887-6957
FAX Number: (202) 887-0763
E-mail Address: DScannell@mofo.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.