NOTE: This order is nonprecedential.

# United States Court of Appeals

# for the Federal Circuit

---

**COGNEX CORPORATION, COGNEX TECHNOLOGY & INVESTMENT LLC,**
*Plaintiffs - Cross-Appellants*

v.

**MICROSCAN SYSTEMS INC., CODE CORPORATION,**
*Defendants - Appellants*

---

14-1707

---

Appeal from the United States District Court for the Southern District of New York in case no. 1:13-cv-02027-JSR Judge Jed S. Rakoff

---

ON MOTION

O R D E R

Upon consideration of the Appellants', Microscan Systems Inc. and Code Corporation, unopposed motion to

extend time to file the principal brief until November 13, 2014,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

October 3, 2014
/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court