NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**COGNEX CORPORATION, COGNEX TECHNOLOGY & INVESTMENT LLC,**
*Plaintiffs - Cross-Appellants*

v.

**MICROSCAN SYSTEMS INC., CODE CORPORATION,**
*Defendants - Appellants*

_____

14-1707

_____

Appeal from the United States District Court for the Southern District of New York in case no. 1:13-cv-02027-JSR Judge Jed S. Rakoff

_____'s

ON MOTION

O R D E R

Upon consideration of the Cross-Appellants', Cognex Corporation, and Cognex Technology & Investment LLC,

unopposed motion to extend time to file a principal brief until March 16, 2015,

    IT IS ORDERED THAT:

The motion is granted.

                              FOR THE COURT

December 23, 2014          /s/ Daniel E. O'Toole
                                    Daniel E. O'Toole
                                    Clerk of Court